James Marion Chaffin, *pro se.*
*Lewis R. Slaton, District Attorney, Morris H. Rosenberg, Joel M. Feldman,* for appellee.

## 27601. BISHOP v. MacDOUGALL.

The trial court did not err in remanding the appellant to custody.
*Judgment affirmed. All the Justices concur.*
DECIDED MARCH 8, 1973.

*Hester & Hester, Frank B. Hester,* for appellant.
*Arthur K. Bolton, Attorney General, Harold N. Hill, Jr., Executive Assistant Attorney General, Courtney Wilder Stanton, William F. Bartee, Jr., Assistant Attorneys General,* for appellee.

## 27614. STEWART v. CALDWELL.

The trial court did not err in remanding the appellant to custody.
*Judgment affirmed. All the Justices concur.*
DECIDED MARCH 8, 1973.

Donald R. Stewart, *pro se.*
*Arthur K. Bolton, Attorney General, Harold N. Hill, Jr. Executive Assistant Attorney General, Courtney Wilder Stanton, Daniel I. MacIntyre, Assistant Attorneys General,* for appellee.

## 27687. DANIEL v. AULT.

The trial court did not err in remanding the appellant to custody.